IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03333-WYD-KLM

THE ROBERT W. THOMAS AND ANNE MCDONALD THOMAS REVOCABLE TRUST, trust domiciled in the State of Washington,

    Plaintiff,

v.

INLAND PACIFIC COLORADO, LLC, a Nevada limited liability company,
FIRST WESTERN TRUST BANK, a Colorado company, and
WESTMINSTER PROMENADE DEVELOPMENT COMPANY II, LLC, a Nevada limited liability company,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion of Plaintiff Thomas Trust to Appear by Telephone at the Rule 26(f) Scheduling Conference** [Docket No. 24; Filed February 23, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Out-of-state counsel for Plaintiff may appear by telephone at the Scheduling Conference set for March 1, 2012, at 10:30 a.m.  Counsel shall call Chambers at (303) 335-2770 at the designated time.

    Dated:  February 23, 2012