IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03333-WYD-KLM

THE ROBERT W. THOMAS AND ANNE MCDONALD THOMAS REVOCABLE TRUST, trust domiciled in the State of Washington,

    Plaintiff and Counter Defendant,

v.

FIRST WESTERN TRUST BANK, a Colorado company, and
TIMOTHY O'BYRNE,

    Defendants;

INLAND PACIFIC COLORADO, LLC, a Nevada limited liability company, and
WESTMINSTER PROMENADE DEVELOPMENT COMPANY II, LLC, a Nevada limited liability company,

    Defendants and Counterclaimants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **the Parties' Unopposed Motion for Entry of a Protective Order** [Docket No. 59; Filed June 11, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The proposed Stipulated Protective Order is accepted and entered contemporaneously with this Minute Order.

    Dated: June 13, 2012