IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-03333-WYD-KLM

THE ROBERT W. THOMAS AND ANNE MCDONALD THOMAS REVOCABLE
TRUST, Trust Domiciled in the State of Washington,

    Plaintiff,

v.

INLAND PACIFIC COLORADO, LLC, a Nevada limited liability company;
FIRST WESTERN TRUST BANK, a Colorado company,
WESTMINSTER PROMENADE DEVELOPMENT COMPANY II, LLC, a
Nevada limited liability company, and TIMOTHY O'BYRNE, resident of Colorado.

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Withdrawal of Motion for Reconsideration of Court's Order Granting in Part Plaintiff's Motion for Summary Judgment Pursuant to F.R.C.P. 59(e) filed November 6, 2012 (ECF No. 91) is **GRANTED**.  In accordance therewith, the Motion for Reconsideration of Court's Order Granting in Part Plaintiff's Motion for Summary Judgment Pursuant to F.R.C.P. 59(e) filed October 23, 2012 (ECF No. 89) is **WITHDRAWN**.

    Dated:  November 14, 2012