IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03333-WYD-KLM

THE ROBERT W. THOMAS AND ANNE MCDONALD THOMAS REVOCABLE TRUST, trust domiciled in the State of Washington,

    Plaintiff and Counter Defendant,

v.

FIRST WESTERN TRUST BANK, a Colorado company, and
TIMOTHY O'BYRNE,

    Defendants;

INLAND PACIFIC COLORADO, LLC, a Nevada limited liability company, and
WESTMINSTER PROMENADE DEVELOPMENT COMPANY II, LLC, a Nevada limited liability company,

    Defendants and Counterclaimants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion for Protective Order with Respect to Subpoena to Sage Inland Holdings, LLC** [Docket No. 95; Filed November 23, 2012] (the "Motion") filed by Defendants Inland Pacific Colorado, LLC, Westminster Promenade Development Company II, LLC and Timothy O'Byrne (collectively "Defendants") and on the **Withdrawal of Motion for Protective Order with Respect to Subpoena to Sage Inland Holdings, LLC** [#97; Filed November 27, 2012] (the "Motion to Withdraw") filed by Defendants. Defendants explain in the Motion to Withdraw that they have resolved the dispute for which they sought relief in the Motion. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Withdraw [#97] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Motion [#95] is **WITHDRAWN**.

    Dated: November 29, 2012